Eastern District of Kentucky
**FILED**

JUN 2 6 2007

AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION
### AT ASHLAND

**CRIMINAL CASE NO. 05-4-DLB**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | **PLAINTIFF** |
| **VS.** | **ORDER** | |
| **RONALD LEE BARDO** | | **DEFENDANT** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #118), and Defendant filing a Response stating that there being no objections (Doc. #119), and the Court being otherwise sufficiently advised;

**IT IS ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc #118) be, and it is, hereby **adopted** as the findings of fact and conclusions of law of the Court; that Defendant is found to have **violated** the terms of his supervised release; and that Defendant is **sentenced** to the custody of the Attorney General for a period of **twelve (12) months and one (1) day,** with no supervised release to follow.

A Judgment shall enter concurrently herewith.

This ___26th___ day of June, 2007.



Signed By:
David L. Bunning
United States District Judge